UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH BETH PETERSEN,<br><br>Defendant. | 4:21-CR-40022-KES<br><br><br>ORDER GRANTING CONTINUANCE |

Defendant, Sarah Beth Petersen, moves for a 60-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel is waiting to receive, and needs to review, additional discovery from the government. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | August 24, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | August 24, 2021 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to September 10, 2021 |

| Applications for Writ of Habeas Corpus Ad Testificandum | September 21, 2021 |
|---|---|
| Other motions | September 28, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | September 28, 2021 |
| Plea agreement or petition to plead and statement of factual basis | September 28, 2021 |
| Notify court of status of case | September 28, 2021 |
| Motions in limine | October 5, 2021 |
| Proposed jury instructions due | October 5, 2021 |
| Jury trial | Tuesday, October 12, 2021, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated July 28, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE